Helen N. Couffer, appellee, v. George Eddy Newcomb, appellant. Gen. Nos. 30,234 and 30,235.

Appeal from the County Court of Cook county; the Hon. J. G. Van Keuren, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed on authority of 239 Ill. App. 256. Opinion filed January 20, 1926.

Gustav E. Beerly, for appellant; Ellis S. Chesbrough, of counsel. John R. Nicholson, for appellee; John T. Chadwell, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Bessie J. Newcomb, appellee, v. George Eddy Newcomb, appellant. Gen. No. 30,236.

Appeal from the County Court of Cook county; the Hon. J. G. Van Keuren, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed on authority of 239 Ill. App. 256. Opinion filed January 20, 1926.

Gustav E. Beerly, for appellant; Ellis S. Chesbrough, of counsel. John R. Nicholson, for appellee; John T. Chadwell, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Ida G. Hogg, individually and as administratrix of the estate of Lloyd W. Hogg, deceased, and George W. Hogg, by his next friend Ida G. Hogg, defendants in error, v. Julia Cummings Hohmann et al., plaintiffs in error. Gen. No. 29,549.

Bill to recover for estate of plaintiffs' decedent securities fraudulently obtained from decedent prior to his death. Decree for complainants. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed in part and reversed in part, and remanded. Opinion filed February 2, 1926. Rehearing denied February 17, 1926.

Newby, Murphy & Walker and Albert E. Isley, for Julia Cummings Hohmann and Marion Hohmann Keller, plaintiffs in error. Fink, Lowes & Bishop, for defendants in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Ida G. Hogg et al., complainants and appellees, v. Julia Cummings Hohmann et al., defendants, on appeal of George Hohmann, appellant. Gen. No. 29,581.

Bill to recover indebtedness to estate of plaintiffs' decedent. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed February 2, 1926. Rehearing denied and opinion modified February 17, 1926.

Cooke, Sullivan & Ricks, for appellant; Edwin Hedrick and Edmond W. Hebel, of counsel. Fink, Lowes & Bishop, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The First Italian State Bank, defendant in error, v. Fratelli Cannato, plaintiff in error. Gen. No. 30,273.

Judgment by confession. Motion to vacate denied. Error to the